IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| CHARLES MARSO WILLIAMS, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:20-cv-00664-P-BP |
| § | |
| DEUTSCH BANK NATIONAL § | |
| TRUST COMPANY, et al., § | |
| § | |
| Defendants. § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, Deutsch Bank National Trust Company's ("Bank") Motion to Dismiss (ECF No. 10) is **GRANTED**. Therefore, Charles Marso Williams's claims against Bank are **DISMISSED with PREJUDICE**. Finally, Williams's claims against the remaining defendants are **DISMISSED without PREJUDICE.**

SO ORDERED on this **25th day** of **October, 2020.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE